IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO CASTANEDA-MONROY | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL NO. 1:15-CV-00052 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

# ORDER

Before the Court is the April 2, 2018, Report and Recommendation ("R&R") of the Magistrate Judge to whom this case was referred. Dkt. No. 36. Petitioner has not filed objections to the R&R, and the time to file objections has passed. *See* 28 U.S.C. § 636(b)(1) (setting a 14-day deadline to file objections; FED. R. CIV. P. 72(b)(2) (same); *see also* Dkt. No. 36 at 16–17 (advising parties of the 14-day deadline).

After independently reviewing the record and considering the applicable law, the Court adopts the proposed R&R in its entirety. The Court hereby **DENIES** Petitioner's 28 U.S.C. § 2255 motion. Dkt. No. 1. A certificate of appealability shall not issue. The Court will direct entry of Final Judgment separately.

SIGNED this 2nd day of May, 2018.

Hilda Tagle
Senior United States District Judge